UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-20457
_____

JACKIE SANDERS,

                                        Plaintiff-Appellant,

                          v.

EXXON CORPORATION, doing
business as Exxon Company USA,

                                        Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Texas
(H-97-CV-3885)
_____
February 18, 2000

Before BARKSDALE, BENAVIDES and STEWART, Circuit Judges.

PER CURIAM:[*]

    AFFIRMED.  See 5TH CIR. R. 47.6.

_____

    [*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.